UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                                                                    Case No.  6:02-cr-110-Orl-41GJK

**PATRICK NATHEL PERRY**

_____

### ORDER

THIS CAUSE is before the Court on a Petition for Warrant or Summons for Offender Under Supervision filed August 7, 2014 (Doc. 807), initiated by the U.S. Probation Officer of this Court. The Probation Officer alleged that Defendant violated the conditions of supervision. A final hearing on violation of supervised release was held by Magistrate Judge Gregory J. Kelly on September 9, 2014 and subsequently, a Report and Recommendation (Doc. 818) was entered by Magistrate Judge Gregory J. Kelly on September 9, 2014.

Defendant appeared before this Court on October 15, 2014, with counsel, Stephen Baer and the Assistant United States Attorney. After full review of the file, consideration of the arguments of counsel and considering Defendant's statements, this Court adopts the Report and Recommendation (Doc. No. 818) and finds that the defendant violated conditions of supervised release.

**ORDERED** and **ADJUDGED** that Defendant is hereby REINSTATED to supervision. The terms of supervision are modified to include the following special conditions:

1. Defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive.

2. Defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Officer's Sliding Scale for Substance Abuse Treatment Services.

3. During and upon the completion of this program, Defendant is directed to submit to random drug testing.

4. Defendant shall perform 50 hours of community service.

The Judgment at Document No. 462 remains unaltered and in effect except as amended herein.

**DONE** and **ORDERED** in Orlando, Florida on October 22, 2014.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies to:

United States Attorney
United States Marshal
United States Probation Office
United States Pretrial Services
Counsel for Defendant
Patrick Nathel Perry